IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JEFFERY GREENE,

    Petitioner,

v.                                    CASE NO. 4:15cv602-RH/CAS

STATE OF FLORIDA,

    Respondent.

_____/

## ORDER CLOSING THE FILE

The clerk of court opened this file when Jeffery Greene submitted a document styled in the United States Court of Appeals for the Eleventh Circuit. The document is entitled a petition for writ of mandamus. The text seems to indicate Mr. Greene wishes to have the Eleventh Circuit issue a writ to this court requiring this court to respond to Mr. Greene's "timely notice of appeal[]." ECF No. 1 at 1. But a search of this court's files has turned up no open case in which Mr. Greene is a party and no case in which Mr. Greene has filed a notice of appeal. The attachments to Mr. Greene's filing are from proceedings in Florida state courts, suggesting he is seeking federal relief from actions of a state court.

The file is before the court on the magistrate judge's report and recommendation, ECF No. 8, and the objections, ECF No. 9.  I have reviewed *de novo* the issues raised by the objections.  The report and recommendation correctly concludes that Mr. Greene is not entitled to relief on the petition that led to the opening of this file.  Whatever Mr. Greene seeks, he is not entitled to relief on this pleading in this court.

For these reasons,

IT IS ORDERED:

1.  The report and recommendation is ACCEPTED.

2.  The clerk must enter judgment stating, "Any claim of the petitioner Jeffery Greene for relief from this court in this case is denied."

3.  The clerk must close the file.

SO ORDERED on March 9, 2016.

s/Robert L. Hinkle
United States District Judge